UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Trenton Phelps, | Case No. 25-CV-0817 (JMB/LIB) |
| Petitioner, | |
| v. | **ORDER** |
| TC/ American Crane Company, | |
| Defendant. | |

This matter is before the Court on the Report and Recommendation (R&R) of United States Magistrate Leo I. Brisbois dated October 14, 2025. (Doc. No. 36.) The R&R recommends that the Court dismiss this action without prejudice. (*Id.*) Neither party has objected to the R&R, and the time to do so has now passed. See D. Minn. L.R. 72.2(b)(1).

In the absence of timely objections, the Court reviews the R&R for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam). Finding no clear error, and based upon all the files, records, and proceedings in the above-captioned matter, IT IS HEREBY ORDERED THAT:

1. The R&R (Doc. No. 36) is ADOPTED;

2. Defendant's Motion to Dismiss (Doc. No. 21) is GRANTED IN PART and DENIED IN PART; and

3. The Complaint (Doc. No. 1) is DISMISSED WITHOUT PREJUDICE.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated:  January 22, 2026                                /s/ *Jeffrey M. Bryan*
                                                                    Judge Jeffrey M. Bryan
                                                                    United States District Court